**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-25295-CIV-SMITH**

DEREK O'BRIEN DEAN JR.,

      Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC,
and NCB MANAGEMENT SERVICES, INC.,

      Defendants.

_____/

## NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT

This matter is before the Court on the parties' Notice of Settlement. [DE 23], indicating that this case has been settled in full.  Upon consideration, it is

**ORDERED** that:

1.　　The parties shall file their Stipulation of Dismissal in accordance with Federal Rule of Civil Procedure 41 on or before **July 31, 2026.**  Failure to timely file the Stipulation of Dismissal may result in dismissal of this case without further notice.

2.　　All pending motions not otherwise ruled upon are **DENIED AS MOOT**.

3.　　This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 29th day of May, 2026.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:　　counsel of record