**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:25-cv-25295-RS**

DEREK O'BRIEN DEAN JR.*,*

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES,
LLC, and NCB MANAGEMENT
SERVICES, INC.,

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Derek O'Brien Dean Jr. and Defendant Equifax Information Services, LLC ("Equifax"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Equifax only.

Dated: June 24, 2026

<table>
<tr><td>

*/s/ David Pinkhasov*
David Pinkhasov, FL # 1040933
**CONSUMER ATTORNEYS PLLC**
68-29 Main Street
Flushing, NY 11367
T: (718) 701-4605
F: (718) 247-8020
E: dpinkhasov@consumerattorneys.com

*Attorneys for Plaintiff,*
*Derek O'Brien Dean Jr.*

</td><td>

*/s/ Paige Vacante*
Paige Vacante, Bar No. 1019135
**SEYFARTH SHAW LLP**
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
T: (312) 460-5000
F: (312) 460-7000
E: pvacante@seyfarth.com

*Attorneys for Defendant,*
*Equifax Information Services, LLC*

</td></tr>
</table>

*Dean v. Equifax Information Services, LLC et al*
Stipulation of Dismissal with Prejudice
as to Defendant Equifax
Information Services, LLC Only

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ David Pinkhasov*

*Dean v. Equifax Information Services, LLC et al*
Stipulation of Dismissal with Prejudice
as to Defendant Equifax
Information Services, LLC Only