## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

**Case No.: 1:25-cv-25295-RS**

DEREK O'BRIEN DEAN JR.*,*

        Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC, and NCB MANAGEMENT SERVICES, INC.,

        Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT NCB MANAGEMENT SERVICES, INC. ONLY

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Derek O'Brien Dean Jr. and Defendant NCB Management Services, Inc. ("NCB"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant NCB. There are no remaining defendants in this matter.

Dated: July 2, 2026

| | |
|---|---|
| */s/ David Pinkhasov* | */s/ Bradley St. Angelo* |
| David Pinkhasov, FL # 1040933 | Bradley St. Angelo, Esq. (FL #119399) |
| CONSUMER ATTORNEYS PLLC | Sessions, Israel & Shartle, LLC |
| 68-29 Main Street | 3838 N. Causeway Blvd., Suite 2800 |
| Flushing, NY 11367 | Metairie, Louisiana 70002 |
| T: (718) 701-4605 | Telephone: (504) 828-3700 |
| F: (718) 247-8020 | Facsimile: (504) 828-3737 |

*Dean v. Equifax Information Services, LLC et al*
Stipulation of Dismissal with Prejudice
as to Defendant NCB Management
Services, Inc. Only

E: dpinkhasov@consumerattorneys.com        Email: bstangelo@sessions.legal

*Attorneys for Plaintiff,*                        *Attorneys for Defendant,*
*Derek O'Brien Dean Jr.*                          *NCB Management Services, Inc.*


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 2, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ David Pinkhasov*

*Dean v. Equifax Information Services, LLC et al*
Stipulation of Dismissal with Prejudice
as to Defendant NCB Management
Services, Inc. Only